IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| MAIN HASTINGS LLC, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| | § | Civil Action No. 2:11-cv-00025-TJW |
| v. | § | |
| | § | Jury Trial Demanded |
| HSBC USA, INC., HSBC BANK USA, N.A, CITY NATIONAL CORPORATION, CITY NATIONAL BANK, SUNTRUST BANKS, INC., SUNTRUST BANK, THE PNC FINANCIAL SERVICES GROUP, INC., PNC BANK, N.A., PNC CAPITAL ADVISORS, LLC, UNIONBANCAL CORPORATION, UNION BANK, N.A., ZIONS BANCORPORATION, AND ZIONS FIRST NATIONAL BANK | § | |
| | § | |
| *Defendants.* | § | |

**PLAINTIFF'S NOTICE OF SETTLEMENT**

TO THE HONORABLE JUDGE OF SAID COURT:

I, Winston O. Huff, counsel for Plaintiff hereby inform the court that an agreement in substance has been reached between the Plaintiff Main Hasting LLC and City National Corporation, City National Bank, Unionbancal Corporation and Union Bank, N.A., ("parties") in the above-entitled and numbered cause which will dispose of all claims against City National Corporation, City National Bank, Unionbancal Corporation and Union Bank, N.A.  Counsel for Main Hastings and City National Corporation, City National Bank, Unionbancal Corporation and Union Bank, N.A. are collaborating on the drafting of mutually agreeable settlement documents and dismissal papers to finalize and close this matter forthwith.

Dated:  May 9, 2011                               Respectfully submitted,


                                                  */s/ Winston O. Huff*

                                                  Winston O. Huff, Attorney in Charge
                                                  Huff Legal Group, P.C.
                                                  2500 Dallas Parkway, Suite 260
                                                  Plano, TX 75093
                                                  972.826.4467 (Direct)
                                                  972.378.9111 (Firm)
                                                  214.593.1972 (Fax)
                                                  wohuff@hufflegalgroup.com

                                                  ATTORNEYS FOR PLAINTIFF
                                                  MAIN HASTINGS, LLC

**CERTIFICATE OF SERVICE**

The undersigned certifies that on this 9th day of May, 2011, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document through the Court's CM/ECF system under Local Rule CV-5(a)(3). Any other counsel of record will be served by a facsimile transmission and/or first class mail.

                                                  */s/ Winston O. Huff*
                                                  Winston O. Huff